IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MARYLAND

| | | |
|---|---|---|
| COLIN S. IYER | * | |
| Plaintiff | * | |
| v. | * | Civil Action No: L-00-3332 |
| CSX TRANSPORTATION, INC. | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \*

## NOTICE OF WITHDRAWAL & ENTRY OF APPEARANCE

Please withdraw the appearance of John J. Barrett, Jr. and Saul Ewing, LLP and enter the appearance of Stephen B. Caplis, Douglas F. Murray and Whiteford, Taylor & Preston, L.L.P. as counsel for the Defendant, CSX Transportation, Inc.

*/s/ John J. Barrett, Jr.*
John J. Barrett, Jr., Esquire
Saul Ewing, LLP
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, Pennsylvania 19102-2186
215-972-7767

*/s/ Douglas F. Murray*
Stephen B. Caplis, 01190
Douglas F. Murray, 02092
Whiteford, Taylor & Preston L.L.P.
Seven Saint Paul Street
1400 First Union Tower
Baltimore, Maryland 21202-1626
410-347-8700

*Attorneys for Defendant,*
*CSX TRANSPORTATION, INC.*

MOTION "Granted" this 2nd day of January 2001.

*/s/ Benson Everett Legg*
BENSON EVERETT LEGG, U.S.D.J.

- 2 -

## CERTIFICATE OF SERVICE

*I HEREBY CERTIFY* that on this *21st day of December, 2000*, a copy of the foregoing Notice of Withdrawal & Entry of Appearance was mailed, postage prepaid to the following:

> Lawrence A. Katz, Esquire
> Joseph A. Coffey, Esquire
> Coffey & Kaye
> Two Bala Plaza, Suite 718
> Bala Cynwyd, Pennsylvania 19004
> *Attorneys for Plaintiff*
>
> John J. Barrett, Jr., Esquire
> Saul Ewing, LLP
> Centre Square West
> 1500 Market Street, 38th Floor
> Philadelphia, Pennsylvania 19102-2186

_____
Douglas F. Murray

*1317904*