IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MARYLAND

| | | |
|---|---|---|
| COLIN S. IYER | * | |
| Plaintiff | * | |
| v. | * | Civil Action No: L-00-3332 |
| CSX TRANSPORTATION, INC. | * | |
| Defendant | * | |

* * * * * * * * *

## JOINT STIPULATION FOREGOING RULE 26(a)(1) INITIAL DISCLOSURES

Plaintiff, Colin S. Iyer, and Defendant, CSX Transportation, Inc., hereby jointly stipulate and agree to forego Rule 26(a)(1) initial disclosures in the above-referenced action.

*Approved*

*February 1, 2001*

*Benson Legg*
*USDJ*

_____
Lawrence A. Katz, Esquire
Joseph A. Coffey, Esquire
Coffey & Kaye
Two Bala Plaza, Suite 718
Bala Cynwyd, Pennsylvania 19004
*Attorneys for Plaintiff,*
COLIN S. IYER

_____
Stephen B. Caplis, 01190
Douglas F. Murray, 02092
Whiteford, Taylor & Preston L.L.P.
Seven Saint Paul Street
1400 First Union Tower
Baltimore, Maryland 21202-1626
410-347-8700

*Attorneys for Defendant,*
CSX TRANSPORTATION, INC.

1327357

